# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2296 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | Board File No. C2-16-594 |
| | : | |
| | : | (Court of Common Pleas Chester County, |
| v. | : | Criminal Trial Division, CP-15-CR-001743- |
| | : | 2015 and CP-15-CR-003361-2015) |
| | : | |
| EDWARD J. O'BRIEN, III, | : | Attorney Reg. No. 32985 |
| | : | |
| Respondent | : | (Chester County) |

## ORDER

**PER CURIAM**

   **AND NOW**, this 21st day of September, 2016, the Joint Petition for Temporary Suspension is granted; Edward J. O'Brien, III, is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5); and he shall comply with all provisions of Pa.R.D.E. 217.